IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JASON WAYNE HACHMEISTER,

              **Petitioner,**

v.                                                                 CASE NO. 25-3111-JWL

TOMMY WILLIAMS,

              **Respondent.**

### MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Jason Wayne Hachmeister. (Doc. 1.) The operative amended petition was filed on July 25, 2025. (Doc. 10.) On November 6, 2025, the Court issued a memorandum & order ("M&O") that directed Respondent to submit to the Court relevant state-court records required for resolution of the timeliness question in this matter. (Doc. 19.) Specifically, the M&O directed Respondent to "provide this Court with the records and transcripts of Shawnee County District Court cases numbered 2012-CR-000471 and 2018-CV-000129" and, to the extent possible, "the records of and documents filed in any related original mandamus action Petitioner pursued in the Kansas Supreme Court." *Id.* at 5.

On November 17, the Court received from Respondent a box of state court records. (*See* Doc. 21.) The box contains the records and transcripts of case number 2012-CR-00471 and a selection of documents filed in case number 2018-CV-000129. Respondent has not submitted any records or documents related to any related mandamus action pursued by Petitioner in the Kansas Supreme Court, nor has he filed any document explaining why no such documents were submitted.

**IT IS THEREFORE ORDERED THAT** the Respondent is granted to and including **December 16, 2025**, in which to file a written response to this order advising the Court of any attempts he made to obtain records of Petitioner's original action in mandamus in the Kansas Supreme Court.

**IT IS SO ORDERED.**

DATED:   This 9th day of December, 2025, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
